**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____     Chapter    _11_

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Pet Rinse Repeat, LLC* |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *84-2213807* |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *2030 Swift Avenue* <br> *Kansas City, MO 64116* <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| *Clay* <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Pet Rinse Repeat, LLC**
    Name

Case number (*if known*) _____

---

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    *Pet Rinse Repeat, LLC*                                Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Pet Rinse Repeat, LLC**

Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | *Pet Rinse Repeat, LLC* | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *May 19, 2025*
　　　　　　　 MM / DD / YYYY

**X** */s/ Amy Ramatowski*                        *Amy Ramatowski*
Signature of authorized representative of debtor        Printed name

Title   *Managing Member*

---

**18. Signature of attorney**

**X** */s/ Erlene W. Krigel*                     Date *May 19, 2025*
Signature of attorney for debtor                        MM / DD / YYYY

*Erlene W. Krigel 29416*
Printed name

*Krigel, Nugent + Moore, P.C.*
Firm name

*4520 Main Street, Suite 700*
*Kansas City, MO 64111*
Number, Street, City, State & ZIP Code

Contact phone   *816-756-5800*        Email address

*29416 MO*
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Missouri

In re  __Pet Rinse Repeat, LLC__ _____  Case No. _____
                                     Debtor(s)              Chapter  __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $    **10,000.00** |
    | Prior to the filing of this statement I have received | $    **10,000.00** |
    | Balance Due | $    **0.00** |

2.  $ __1,738.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        ***Consultation, meetings with members of Debtor; prepare paperwork for Chapter 11; preparations of Motions and other pleadings, attend hearings, consult with SubChapter V Trustee; contact and negotiations with creditors and their counsel, prepare Plan of Reorganization, review claims and file any necessary objections. Amount paid is a retainer which is billed at $300/hour for Erlene Krigel.***

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    ***Representation of the debtor in any dischargeability actions, any other adversary proceeding.***

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 19, 2025__ _____        __/s/ Erlene W. Krigel__
Date                                             **Erlene W. Krigel 29416**
                                                 *Signature of Attorney*
                                                 **Krigel, Nugent + Moore, P.C.**
                                                 **4520 Main Street, Suite 700**
                                                 **Kansas City, MO 64111**
                                                 **816-756-5800  Fax: 816-756-1999**
                                                 *Name of law firm*

American Express
Business Amazon
PO Box 981535
El Paso TX 79997


American Express
Business Platinum
P.O. Box 981535
El Paso TX 79998-1535


Arvest Bank
PO Box 799
Lowell AR 72745


Choice Plus Insurance Services, Inc.
ATTN: Logan Langston
1072 Bristol Street
#205B
Costa Mesa CA 92627


City of Kansas City
Finance Department
414 E. 12th Street
Kansas City MO 64105


Clay County Collector
Clay County Personal Property Tax
#1 Courthouse Sq
Liberty MO 64068-2368


F.J.F. Company, LLC
ATTN: Frank Ferrantelle
1301 NW 47 Street
Kansas City MO 64116


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
c/o US Attorney
400 E. 9th Street
Kansas City MO 64106

Internal Revenue Service
Associate Area Counsel
2345 Grand Blvd., Ste 301
Kansas City MO 64108-2600


Kanmon Capital Salon
400 Concar Drive
San Mateo CA 94402


Kansas Dept of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005


Missouri Department of Revenue
Motor Vehicle Department
clo General Counsel's Office
PO Box 475
Jefferson City MO 65105-0475


Missouri Department of Revenue
Taxation Division
PO Box 3800
Jefferson City MO 65105-3800


Missouri Department of Revenue
General Counsel's Office
PO Box 475
Jefferson City MO 65105-0475


Paychex, Inc.
1175 John Street
West Henrietta NY 14586


Small Business Administration
c/o United States Attorney
400 E. 9th Street
Kansas City MO 64106


Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416

Small Business Administration
1000 Walnut Street
Suite 500
Kansas City MO 64106


Square Loan Mobile South
1455 Market Street
San Francisco CA 94103


Square Loan Salon
1456 Market Street
San Francisco CA 94103


Square Mobile North
1455 Market Street
San Francisco CA 94130


U.S. Small Business Administration
COVID EIDL Servicing Center
11925 Kingsport Road
Fort Worth TX 76155


US Bank Equipment Finance
1310 Madrid Street
Marshall MN 56258

# United States Bankruptcy Court
## Western District of Missouri

In re    **Pet Rinse Repeat, LLC**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:    **May 19, 2025**

**/s/ Amy Ramatowski**

**Amy Ramatowski/Managing Member**
Signer/Title

**Fill in this information to identify the case:**

Debtor name  ***Pet Rinse Repeat, LLC***

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ***May 19, 2025***          X ***/s/ Amy Ramatowski***
                                            Signature of individual signing on behalf of debtor

                                          ***Amy Ramatowski***
                                          Printed name

                                          ***Managing Member***
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | *Pet Rinse Repeat, LLC* |
| United States Bankruptcy Court for the: | *WESTERN DISTRICT OF MISSOURI* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *American Express Business Amazon PO Box 981535 El Paso, TX 79997* | | *Credit Card* | | | | *$17,921.97* |
| *American Express Business Platinum P.O. Box 981535 El Paso, TX 79998-1535* | | *Credit Card* | | | | *$8,563.08* |
| *Arvest Bank PO Box 799 Lowell, AR 72745* | | *2021 Mercedes Van VIN xxx77715 (Peppa), 46,000 miles* | | *$80,340.51* | *$65,000.00* | *$15,340.51* |
| *Arvest Bank PO Box 799 Lowell, AR 72745* | | *2019 Mercedes Van VIN xxx27307 (Pablo), 62,589 miles* | | *$72,378.90* | *$55,000.00* | *$17,378.90* |
| *Choice Plus Insurance Services, Inc. ATTN: Logan Langston 1072 Bristol Street #205B Costa Mesa, CA 92627* | | *Insurance Premiums* | | | | *$9,069.40* |
| *City of Kansas City Finance Department 414 E. 12th Street Kansas City, MO 64105* | | *Payroll Taxes for 5/12/25 Payroll* | | | | *$6.41* |

Debtor **_Pet Rinse Repeat, LLC_**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Clay County Collector Clay County Personal Property Tax #1 Courthouse Sq Liberty, MO 64068-2368* | | *Personal Property Taxes* | | | | *$8,375.86* |
| *Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346* | | *Payroll Taxes for payroll 5/12/25* | | | | *$3,417.88* |
| *Kanmon Capital Salon 400 Concar Drive San Mateo, CA 94402* | | *Loan* | | | | *$3,210.00* |
| *Kansas Dept of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66612-2005* | | *Payroll Taxes for 5/12/25 Payroll* | | | | *$196.12* |
| *Missouri Department of Revenue Taxation Division PO Box 3800 Jefferson City, MO 65105-3800* | | *Payroll taxes for 5/12/25 Payroll* | | | | *$325.00* |
| *Missouri Department of Revenue Motor Vehicle Department c/o General Counsel's Office PO Box 475 Jefferson City, MO 65105-0475* | | *Sales Tax for Peyton Van* | | | | *$9,700.00* |
| *Paychex, Inc. 1175 John Street West Henrietta, NY 14586* | | *Possible debt for processing payroll* | | | | *$0.00* |
| *Square Loan Mobile South 1455 Market Street San Francisco, CA 94103* | | *Loan* | | | | *$2,132.00* |

Debtor  **_Pet Rinse Repeat, LLC_**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **_Square Loan Salon 1456 Market Street San Francisco, CA 94103_** | | **_Loan_** | | | | _$31,196.97_ |
| **_Square Mobile North 1455 Market Street San Francisco, CA 94130_** | | **_Loan_** | | | | _$35,570.91_ |
| **_U.S. Small Business Administration COVID EIDL Servicing Center 11925 Kingsport Road Fort Worth, TX 76155_** | | **_Loan_** | | | | _$4,499.66_ |
| **_US Bank Equipment Finance 1310 Madrid St Marshall, MN 56258_** | | **_2016 Ford Van Vinxxx31235, 85,000 miles_** | | _$68,997.00_ | _$25,000.00_ | _$39,004.50_ |
| **_US Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258_** | | **_2020 Honda Van VIN xxx50142_** | | _$39,004.00_ | _$29,000.00_ | _$10,004.00_ |

## United States Bankruptcy Court
### Western District of Missouri

In re   **Pet Rinse Repeat, LLC**                                    Case No. _____
                              Debtor(s)            Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Amy Ramatowski** | **Managing Member** | **50%** | **Member** |
| **Vernon Doku** | **Managing Member** | **50%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 19, 2025** _____      Signature  **/s/ Amy Ramatowski**
                                                        **Amy Ramatowski**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name  **Pet Rinse Repeat, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................ $     **430,595.16**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $     **430,595.16**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **414,733.88**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **22,021.27**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **112,163.99**

4.  **Total liabilities** ................................................................................................................
Lines 2 + 3a + 3b      $     **548,919.14**

**Fill in this information to identify the case:**

Debtor name          *Pet Rinse Repeat, LLC*

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
  amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | *$1,901.50* |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *Arvest Bank* | *Checking* | *0653* | *$200.00* |
| 3.2. | *Chase Bank* | *Checking $53.82 and Savings $9,700* | | *$9,753.82* |
| 3.3. | *US Bank (overdrawn)* | *Checking* | | *$0.00* |
| 3.4. | *Community America Credit Union* | *Checking $8.71 and Share $11.13* | | *$19.84* |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | *$11,875.16* |

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

Debtor    **_Pet Rinse Repeat, LLC_**                    Case number *(If known)* _____
          Name

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _2 Desks & 2 chairs, filing cabinet, wi-fi router, office laptop, printer, 3 Ipads, TV, Waiting Room Couch_ | _$0.00_ | _Liquidation_ | _$2,700.00_ |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                    _$2,700.00_

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No

Debtor    **_Pet Rinse Repeat, LLC_**                                Case number *(If known)* _____
_____
         Name

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **_2021 Mercedes Van VIN XX54040 (Priscilla) Has dent in door, back cameras broken_** | *$0.00* | | $70,000.00 |
| 47.2.    **_2019 Mercedes Van VIN xxx27307 (Pablo), 62,589 miles_** | *$0.00* | | $55,000.00 |
| 47.3.    **_2021 Mercedes Van VIN xxx77715 (Peppa), 46,000 miles_** | *$0.00* | | $65,000.00 |
| 47.4.    **_2016 Ford Van Vinxxx31235, 85,000 miles_** | *$0.00* | | $25,000.00 |
| 47.5.    **_2020 Honda Van VIN xxx50142_** | *$0.00* | | $29,000.00 |
| 47.6.    **_2020 Mercedes Van xxx0666 (Patrick)_** | *$0.00* | | $65,000.00 |
| 47.7.    **_2021 Mercedes Van xxx7940 (Peyton)_** | *$0.00* | | $90,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**_Equipment for grooming pets: 4 grooming tables, 5 grooming stations, 2 stainless steel tubs, 3 K9 dryers, 8 cage banks, 1 kennel bank, 1 shop vac, oster clippers, 2 vacuums, 2 sets of shears, TV, washer/dryer, lights and fixtures, couch, refrigerator, 1 water dispenser, storage cabinet, 2 Slatmill (self-propelled treadmills)_** | *$0.00* | *Liquidation* | $17,020.00 |
|---|---|---|---|

| Debtor | *Pet Rinse Repeat, LLC* | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$416,020.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** *Trademark Brand* | *$0.00* | | *$0.00* |

**61.** **Internet domain names and websites**

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    ***Pet Rinse Repeat, LLC***_____        Case number *(If known)* _____
              Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Pet Rinse Repeat, LLC**_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,875.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $416,020.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $430,595.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $430,595.16 |

| Fill in this information to identify the case: |
|---|
| Debtor name  *Pet Rinse Repeat, LLC* |
| United States Bankruptcy Court for the:  WESTERN DISTRICT OF MISSOURI |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  *Arvest Bank*<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>*2021 Mercedes Van VIN xxx77715 (Peppa), 46,000 miles* | **$80,340.51** | **$65,000.00** |

**2.1**  *Arvest Bank*
Creditor's Name

*PO Box 799
Lowell, AR 72745*
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
*6321*

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
*2021 Mercedes Van VIN xxx77715 (Peppa), 46,000 miles*

Describe the lien
*Lien on Van*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**  *Arvest Bank*
Creditor's Name

*PO Box 799
Lowell, AR 72745*
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
*5289*

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
*3 vans and all other personal property (not titled)*

Describe the lien
*Lien on vans and all other assets*

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| Amount of claim | Value of collateral |
|---|---|
| **$154,013.47** | **$256,595.00** |

Debtor    **Pet Rinse Repeat, LLC**                                    Case number (if known) _____
_____
Name

■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
□ Disputed
priority.

_____

---

| 2.3 | **Arvest Bank** | Describe debtor's property that is subject to a lien | $72,378.90 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 799**
**Lowell, AR 72745**

**2019 Mercedes Van VIN xxx27307 (Pablo),**
**62,589 miles**
_____

Creditor's mailing address                    _____

Describe the lien
**Van Lien**
_____
Is the creditor an insider or related party?

_____          ■ No
Creditor's email address, if known               □ Yes
Is anyone else liable on this claim?

**Date debt was incurred**                       □ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**5581**
As of the petition filing date, the claim is:
**Do multiple creditors have an**               Check all that apply
**interest in the same property?**
□ Contingent
■ No
□ Unliquidated
□ Yes. Specify each creditor,                    □ Disputed
including this creditor and its relative
priority.
_____

---

| 2.4 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $68,997.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**1310 Madrid St**
**Marshall, MN 56258**

**2016 Ford Van Vinxxx31235, 85,000 miles**
_____

Creditor's mailing address                    _____

Describe the lien
**Van Lien**
_____
Is the creditor an insider or related party?

_____          ■ No
Creditor's email address, if known               □ Yes
Is anyone else liable on this claim?

**Date debt was incurred**                       □ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
**Do multiple creditors have an**               Check all that apply
**interest in the same property?**
□ Contingent
■ No
□ Unliquidated
□ Yes. Specify each creditor,                    □ Disputed
including this creditor and its relative
priority.
_____

---

| 2.5 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $39,004.00 | $29,000.00 |
|---|---|---|---|---|

Creditor's Name

**1310 Madrid Street**
**Marshall, MN 56258**

**2020 Honda Van VIN xxx50142**
_____

Creditor's mailing address                    _____

Describe the lien
**Van Lien**

---

Debtor  **_Pet Rinse Repeat, LLC_**                                          Case number (if known) _____
        _____
        Name

_____          **Is the creditor an insider or related party?**
Creditor's email address, if known
                                          ■ No
                                          ☐ Yes

**Date debt was incurred**                **Is anyone else liable on this claim?**

                                          ☐ No

**Last 4 digits of account number**       ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an           **As of the petition filing date, the claim is:**
interest in the same property?**          Check all that apply

■ No                                      ☐ Contingent

☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative
priority.                                 ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | _$414,733.88_ |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name   *Pet Rinse Repeat, LLC*

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>*City of Kansas City*<br>*Finance Department*<br>*414 E. 12th Street*<br>*Kansas City, MO 64105* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6.41** | **$6.41** |
|  | Date or dates debt was incurred<br>*2025* | Basis for the claim:<br>*Payroll Taxes for 5/12/25 Payroll* |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>*Clay County Collector*<br>*Clay County Personal Property Tax*<br>*#1 Courthouse Sq*<br>*Liberty, MO 64068-2368* | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,375.86** | **$8,375.86** |
|  | Date or dates debt was incurred<br>*2024* | Basis for the claim:<br>*Personal Property Taxes* |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | *Pet Rinse Repeat, LLC* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
*Internal Revenue Service*
*PO Box 7346*
*Philadelphia, PA 19101-7346*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,417.88 | $3,417.88

Date or dates debt was incurred
*2025*

Basis for the claim:
*Payroll Taxes for payroll 5/12/25*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
*Kansas Dept of Revenue*
*Civil Tax Enforcement*
*PO Box 12005*
*Topeka, KS 66612-2005*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$196.12 | $196.12

Date or dates debt was incurred
*2025*

Basis for the claim:
*Payroll Taxes for 5/12/25 Payroll*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
*Missouri Department of Revenue*
*Motor Vehicle Department*
*c/o General Counsel's Office*
*PO Box 475*
*Jefferson City, MO 65105-0475*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,700.00 | $9,700.00

Date or dates debt was incurred

Basis for the claim:
*Sales Tax for Peyton Van*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
*Missouri Department of Revenue*
*Taxation Division*
*PO Box 3800*
*Jefferson City, MO 65105-3800*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$325.00 | $325.00

Date or dates debt was incurred
*2025*

Basis for the claim:
*Payroll taxes for 5/12/25 Payroll*

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **Pet Rinse Repeat, LLC**

Name

Case number (if known)

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,921.97 |
|---|---|---|---|

**American Express**
**Business Amazon**
**PO Box 981535**
**El Paso, TX 79997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Credit Card_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,563.08 |
|---|---|---|---|

**American Express**
**Business Platinum**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Credit Card_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,069.40 |
|---|---|---|---|

**Choice Plus Insurance Services, Inc.**
**ATTN: Logan Langston**
**1072 Bristol Street**
**#205B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Insurance Premiums_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,210.00 |
|---|---|---|---|

**Kanmon Capital Salon**
**400 Concar Drive**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | _Unknown_ |
|---|---|---|---|

**Paychex, Inc.**
**1175 John Street**
**West Henrietta, NY 14586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible debt for processing payroll_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,132.00 |
|---|---|---|---|

**Square Loan Mobile South**
**1455 Market Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,196.97 |
|---|---|---|---|

**Square Loan Salon**
**1456 Market Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pet Rinse Repeat, LLC**                                          Case number (if known) _____
          Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,570.91 |

**Square Mobile North**
**1455 Market Street**
**San Francisco, CA 94130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,499.66 |

**U.S. Small Business Administration**
**COVID EIDL Servicing Center**
**11925 Kingsport Road**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**c/o US Attorney**<br>**400 E. 9th Street**<br>**Kansas City, MO 64106** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**Associate Area Counsel**<br>**2345 Grand Blvd., Ste 301**<br>**Kansas City, MO 64108-2600** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Missouri Department of Revenue**<br>**General Counsel's Office**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | Line **2.5**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Small Business Administration**<br>**c/o United States Attorney**<br>**400 E. 9th Street**<br>**Kansas City, MO 64106** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Small Business Administration**<br>**1000 Walnut Street**<br>**Suite 500**<br>**Kansas City, MO 64106** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Small Business Administration**<br>**409 3rd Street SW 2nd Floor**<br>**Washington, DC 20416** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 22,021.27 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 112,163.99 |

Debtor    **Pet Rinse Repeat, LLC**
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.    $ _____ **134,185.26**

**Fill in this information to identify the case:**

Debtor name   *Pet Rinse Repeat, LLC*

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | *Lease of business location at 2030 Swift, North Kansas City MO 64116* *Term: Ends 6/30/29* *Rent (presently) $2,545.95/month base plus CAM (estimted $616.05/mo)* | |
| State the term remaining | |
| List the contract number of any government contract  _____ | *F.J.F. Company, LLC* *ATTN: Frank Ferrantelle* *1301 NW 47 Street* *Kansas City, MO 64116* |

**Fill in this information to identify the case:**

Debtor name   *Pet Rinse Repeat, LLC*

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | *Amy Ramatowski* | | *American Express* | ☐ D _____<br>■ E/F ___*3.1*___<br>☐ G _____ |
| 2.2 | *Amy Ramatowski* | | *American Express* | ☐ D _____<br>■ E/F ___*3.2*___<br>☐ G _____ |
| 2.3 | *Vernon Doku* | | *Kanmon Capital Salon* | ☐ D _____<br>■ E/F ___*3.4*___<br>☐ G _____ |
| 2.4 | *Vernon Doku and Amy Ramatowski* | | *Arvest Bank* | ■ D ___*2.1*___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | *Vernon Doku and Amy Ramatowski* | | *Arvest Bank* | ■ D ___*2.2*___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | *Pet Rinse Repeat, LLC* | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | *Vernon Doku and Amy Ramatowski* | *Arvest Bank* | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | *Vernon Doku and Amy Ramatowski* | *US Bank Equipment Finance* | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | *Vernon Doku and Amy Ramatowski* | *US Bank Equipment Finance* | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | *Vernon Doku and Amy Ramatowski* | *Square Loan Mobile South* | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.10 | *Vernon Doku and Amy Ramatowski* | *Square Loan Salon* | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.11 | *Vernon Doku and Amy Ramatowski* | *Square Mobile North* | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name   *Pet Rinse Repeat, LLC*

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| *From the beginning of the fiscal year to filing date:* <br> From  *1/01/2025* to *Filing Date* | ☐ Operating a business <br> ■ Other  *Gross Revenue* | *$212,173.51* |
| *For prior year:* <br> From  *1/01/2024* to *12/31/2024* | ☐ Operating a business <br> ■ Other  *Gross Revenue* | *$1,154,228.07* |
| *For year before that:* <br> From  *1/01/2023* to *12/31/2023* | ☐ Operating a business <br> ■ Other  *Gross Revenue* | *$1,371,189.00* |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Pet Rinse Repeat, LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Arvest Bank** | **within 90 days** | **$15,760.69** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **American Express** | **within 90 days** | **$59,802.99** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Amy Ramatowski and Vernon Doku**<br><br>**Members** | **within the past year** | **$5,785.72** | **Reimbursement for personal credit card use for business expenses.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">**Part 3:**</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | *Pet Rinse Repeat, LLC* | Case number *(if known)* | |
|---|---|---|---|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Krigel Nugent + Moore PC* | *$10,000 retainer + $1.739 filing fee* | | *$11,738.00* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Pet Rinse Repeat, LLC**                                        Case number *(if known)* _____

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | *Cassandra Fye*<br>*St. Louis, MO* | *2018 Ford Van (called Penelope). Used*<br>*funds to pay off Arvest Bank loan against*<br>*Van.* | *6/2024* | *$83,000.00* |
| | Relationship to debtor<br>*none* | | | |
| 13.2<br>. | *Carvana* | *2021 Chevrolet Silverado Truck. Used*<br>*funds to pay off loan with Arvest Bank.* | *12/2024* | *$43,000.00* |
| | Relationship to debtor<br>*none* | | | |

<br>

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | *Pet Rinse Repeat, LLC* | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| *Vernon Doku* | *Debtor's place of business* | *2019 Mercedes Van (Pedro)* | *Unknown* |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| *Amy Ramatowski and Vernon Doku* | *Ramatowski/Doku's residence* | *Kennels for boarding dogs* | *Unknown* |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    *Pet Rinse Repeat, LLC*                                Case number *(if known)* _____

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    *1800 Accountant LLC
Rajah Rey Rilveria
260 Madison Avenue 10th Floor
New York, NY 10016* | *2022-present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **6**

| Debtor | *Pet Rinse Repeat, LLC* | Case number *(if known)* | |
|--------|--------------------------|--------------------------|--|

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Vernon Doku* | | *Managing Member* | *50%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Amy Ramatowski* | | *Managing Member* | *50%* |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *Amy Ramatowski* | *$15,375* | *5/19/24-5/19/25* | *Draws/Wages* |
| | Relationship to debtor *Member* | | | |
| 30.2. | *Vernon Doku* | *$15,375* | *5/19/24-5/19/25* | *Draws/Wages* |
| | Relationship to debtor *Member* | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor      **Pet Rinse Repeat, LLC**                                    Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      *May 19, 2025*

*/s/ Amy Ramatowski*                                    *Amy Ramatowski*
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      *Managing Member*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
### Western District of Missouri

In re __Pet Rinse Repeat, LLC__

Debtor(s)

Case No. _____

Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Pet Rinse Repeat, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 19, 2025__

Date

__/s/ Erlene W. Krigel__

__Erlene W. Krigel 29416__

Signature of Attorney or Litigant

Counsel for   __Pet Rinse Repeat, LLC__

__Krigel, Nugent + Moore, P.C.__
__4520 Main Street, Suite 700__
__Kansas City, MO 64111__
__816-756-5800 Fax:816-756-1999__